# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

TRACIE COFFEY, individually
and on behalf of others
similarly situated,

    Plaintiff,

v.     Case No.   5:24-cv-270-MMH-PRL

HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI, d/b/a MOHELA,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>.   In light of the procedural posture of this case, it is hereby **ORDERED:**

The parties are directed to confer and file a notice no later than **May 19, 2025**, advising the Court of their positions as to whether this case should be stayed and administratively closed until the appeal of this Court's order denying Defendant's Motion to Dismiss is resolved.

**DONE AND ORDERED** in Chambers this 5th day of May, 2025.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record