# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

TRACIE COFFEY, individually
and on behalf of others
similarly situated,

    Plaintiff,

v.

Case No. 5:24-cv-270-MMH-PRL

HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI, d/b/a MOHELA,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 47; Stipulation) filed on September 30, 2025. In the Stipulation, the parties request dismissal, with prejudice, of Plaintiff's individual claims, and dismissal, without prejudice, of the putative class members' claims. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's individual claims are **DISMISSED with prejudice**.

2. The putative class members' claims are **DISMISSED without prejudice**.

3. Each party shall bear its own attorneys' fees and costs.

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 1st day of October, 2025.

_____
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record